O'DONNELL & SHAEFFER, LLP
PIERCE O'DONNELL (State Bar No. 081298)
BELYNDA RECK (State Bar No. 163561)
LAURA W. ADELL (State Bar No. 193121)
633 West Fifth Street, Suite 1700
Los Angeles, California 90071
(213) 532-2000

Attorneys for Plaintiff
STEVEN BRILL



✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN BRILL, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY PICTURES AND TELEVISION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV 98-10083 ER (SHx)<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF STEVEN BRILL'S MOTION TO COMPEL DEFENDANT WALT DISNEY PICTURES AND TELEVISION TO (1) PRODUCE DOCUMENTS; (2) SUPPLEMENT ITS RESPONSES TO INTERROGATORIES; (3) SUPPLEMENT ITS RESPONSES TO REQUESTS FOR ADMISSIONS; AND (4) MAKE CERTAIN WITNESSES AVAILABLE FOR DEPOSITION TESTIMONY<br><br>(The Honorable Stephen J. Hillman) |

On February 25, 2000, Plaintiff Steven Brill's ("Brill") filed a Motion to Compel Defendant Walt Disney Pictures and Television ("Disney") to (1) Produce Documents; (2) Supplement its Responses to Interrogatories; (3) Supplement its Responses to Requests for Admissions; and (4) Make Certain Witnesses Available for Deposition Testimony (the "Motion").

Subsequent to the filing of the Motion, the parties were able to reach an agreement with respect to the majority of the discovery issues in dispute such that the only remaining disputed items were those relating to the animated series entitled "Mighty Ducks" or "The Mighty Ducks." The Motion as it pertains to the remaining disputed items, came before the Court for hearing on March 13, 2000.

Now, having carefully considered all of the papers filed in support of and in opposition to the Motion, and the oral argument of counsel, the Court hereby orders as follows:

1. Defendant Walt Disney Pictures & Television shall produce to Plaintiff, no later than April 30, 2000 the following:

    (a) All licensing agreements between Defendant Walt Disney Pictures and Television and any other person or entity relating in any way to the animated series entitled "Mighty Ducks" or "The Mighty Ducks."

    (b) All internally prepared financial statements of Walt Disney Pictures and Television for the period 1992 to the present, which show gross receipts, distribution and production expenses, and/or any other expenses associated with the animated series entitled "Mighty Ducks" or "The Mighty Ducks."

    (c) All Audited, Reviewed and Compiled financial statements of Walt Disney Pictures and Television for the period 1992 to the present, which show gross receipts, distribution and production expenses, and/or any other expenses associated with the animated series entitled "Mighty Ducks" or "The Mighty Ducks."

    [(d) All accounting books, records, journals, ledgers and/or registers of Walt Disney Pictures and Television for the period 1992 to the present, which

1 ~~summarize, in whole or in part, gross receipts, distribution and production
2 expenses, and/or any other expenses associated with the animated series
3 entitled "Mighty Ducks" or "The Mighty Ducks."]~~

4     [(d) All accounting books, records, journals, ledgers and/or registers of Walt
5         Disney Pictures and Television for the period 1992 to the present, which
6         summarize on an annual or quarterly basis, in whole or in part, gross receipts,
7         distribution and production expenses, and/or any other expenses associated
8         with the animated series entitled "Mighty Ducks" or "The Mighty Ducks."]

9   2.   Defendant Walt Disney Pictures & Television shall, no later than April 30, 2000,
10       supplement its responses to Interrogatory Numbers 2, 3 and 4 to identify
11       responsive documents in its possession that relate to the animated series entitled
12       "Mighty Ducks" or "The Mighty Ducks."

13   3.   Defendant Walt Disney Pictures & Television shall, no later than April 30, 2000,
14       supplement its responses to Request for Admission Numbers 15, 16, 19, 20, 23
15       and 24 to either admit or deny that it has entered into or has received revenues
16       pursuant to agreements in which it conveyed to other individuals or entities the
17       right to use the name or title "The Mighty Ducks" or "Mighty Ducks" or the
18       Mighty Ducks Logo in connection with the animated series entitled "Mighty
19       Ducks" or "The Mighty Ducks."

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

O'DONNELL & SHAEFFER, LLP

Presented By:   O'DONNELL & SHAEFFER, LLP

*/s/ Laura W. Adell*
Laura W. Adell
Attorneys for Plaintiff
STEVEN BRILL

MITCHELL SILBERBERG & KNUPP LLP

_____
Matt J. Railo
Attorneys for Defendant
WALT DISNEY PICTURES AND TELEVISION, INC.

**IT IS SO ORDERED.**

DATED: 3/20/00

*/s/ Stephen J. Hillman*
**STEPHEN J. HILLMAN**
United States Magistrate Judge

O'DONNELL & SHAEFFER, LLP

| | | |
|---|---|---|
| 1 | Presented By: | O'DONNELL & SHAEFFER, LLP |
| 2 | | |
| 3 | | *Laura W. Adell* |
| 4 | | Laura W. Adell |
| | | Attorneys for Plaintiff |
| 5 | | STEVEN BRILL |
| 6 | | |
| | | MITCHELL SILBERBERG & KNUPP LLP |
| 7 | | |
| 8 | | *Matt J. Railo* |
| 9 | | Matt J. Railo |
| | | Attorneys for Defendant |
| 10 | | WALT DISNEY PICTURES AND TELEVISION, INC. |
| 11 | | |
| 12 | IT IS SO ORDERED. | |
| 13 | | |
| 14 | DATED: | |
| 15 | | |
| 16 | | STEPHEN J. HILLMAN |
| | | United State Magistrate Judge |

O'DONNELL & SHAEFFER, LLP

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, Suite 1700, Los Angeles, California 90071.

On March 15, 2000, I served the foregoing documents described as **[PROPOSED] ORDER REGARDING PLAINTIFF STEVEN BRILL'S MOTION TO COMPEL DEFENDANT WALT DISNEY PICTURES AND TELEVISION TO (1) PRODUCE DOCUMENTS; (2) SUPPLEMENT ITS RESPONSES TO INTERROGATORIES; (3) SUPPLEMENT ITS RESPONSES TO REQUESTS FOR ADMISSIONS; AND (4) MAKE CERTAIN WITNESSES AVAILABLE FOR DEPOSITION TESTIMONY** on the interested parties in this action:

__X__   **By Placing** true copies thereof enclosed in sealed envelopes addressed as follows:

**Daniel Petrocelli, Esq.**
**Matt Railo, Esq.**
**Mitchell, Silberberg & Knupp, LLP**
**11377 West Olympic Boulevard**
**Los Angeles, California 90064-1683**

__X__   **BY MAIL**; I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___   **BY PERSONAL SERVICE**; I delivered the envelope by hand to the addressee(s).

___   **BY TELECOPIER**; I sent the document via facsimile to the addressee(s).

___   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 15, 2000, Los Angeles, California.

HILDA A. ESCOBAR                                    _/s/ Hilda A. Escobar_