1 | MITCHELL SILBERBERG & KNUPP LLP
WILLIAM L. COLE (State Bar No. 076089)
2 | DANIEL M. PETROCELLI (State Bar No. 097802)
MATT J. RAILO (State Bar No. 169569)
3 | 11377 West Olympic Boulevard
Los Angeles, California 90064-1683
4 | Telephone: (310) 312-2000
Facsimile: (310) 312-3100

5

6 | Attorneys for Defendant
WALT DISNEY PICTURES & TELEVISION

7 | O'DONNELL & SHAEFFER, LLP
PIERCE O'DONNELL (State Bar No. 081298)
8 | BELYNDA RECK (State Bar No. 163561)
LAURA W. ADELL (State Bar No. 193121)
9 | 633 West Fifth Street, Suit 1700
Los Angeles, California 90071
10 | Telephone: (213) 532-2000

11 | Attorneys for Plaintiff
STEVEN BRILL

Priority ___
Send ✓
Clsd ___
Enter ✓
JS-5/JS-6 ___
JS-2/JS-3 ___

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STEVEN BRILL, an individual, | CASE NO. CV 98-10083 ER (SHx) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING APPEAL** |
| v. | |
| WALT DISNEY PICTURES and TELEVISION, a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
✓ CLSD

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 7

Mitchell Silberberg &
Knupp LLP

MAR 2 1 2000

## STIPULATION TO STAY ACTION PENDING APPEAL

Defendant Walt Disney Pictures & Television ("WDP&T") and plaintiff Steven Brill ("Brill"), through their respective counsel of record, hereby enter into the following stipulation, based on the following facts:

1.      On December 23, 1998, WDP&T served a subpoena duces tecum on non-party Writers' Guild of America, West, Inc. (the "Guild"). On January 4, 1999, WDP&T served a document request on Brill. The subpoena to the Guild and the document request to Brill each demanded production of, among other things, documents relating to communications between Brill (and his attorneys) and the Guild (and its attorneys) related to Brill's claims against WDP&T. Both the Guild and Brill served objections to the demands, including objections based on various privileges, and provided privilege logs to WDP&T.

2.      The parties agreed to resolve their disputes regarding the privilege objections through a motion to compel by WDP&T, which was embodied in a joint stipulation filed on July 23, 1999 before the Honorable Stephen J. Hillman, United States Magistrate Judge. By an order dated August 9, 1999, Magistrate Judge Hillman granted WDP&T's motion to compel.

3.      The Guild and Brill moved the District Court for reconsideration and review, which was granted by order dated September 23, 1999. WDP&T moved for clarification of the September 23, 1999 order. By order dated November 5, 1999, the Court ruled that the asserted common interest privilege "does not protect the three documents dated in 1993 and 1994." The three documents are identified on the Guild's privilege log as follows:

(a) Fax cover sheet dated 7/28/94 from Alan Wertheimer to Grace Reiner enclosing letter and one page from brief.

Mitchell Silberberg & Knupp LLP

0210764.2

1          (b)  Fax cover sheet dated 8/3/94 from Grace Reiner to Alan Wertheimer

2        enclosing letter re: arbitration opinion.

3

4          (c)  Handwritten memo dated 9/11/93 from Cynthia Saffir to Grace Reiner

5        re: merchandising claim.

6

7        4.      Following entry of the November 5, 1999 order, WDP&T demanded that

8  the Guild and/or Brill produce the documents at issue.  Neither the Guild nor Brill produced any

9  of the three documents.

10

11        5.      On February 1, 2000, WDP&T filed before the District Court a motion to

12  hold in contempt both Brill and the Guild, which sought as primary relief a stay of the action

13  until such time as the three documents at issue are produced to WDP&T or an appellate court

14  rules that the documents need not be produced.  By order dated March 1, 2000, the District Court

15  transferred WDP&T's motion to Magistrate Judge Hillman for his consideration.

16

17        6.      During a telephonic conference with counsel on March 8, 2000, Magistrate

18  Judge Hillman indicated he had no power to hold either the Guild or Brill in contempt or to issue

19  an order staying the entire action, as requested in WDP&T's motion.

20

21        7.      The Guild contends it cannot appeal the November 5, 1999 order unless it

22  first is held in civil contempt for violation of that order.  Because the Guild admits that it is in

23  violation of the November 5, 1999 order, good cause clearly exists to hold the Guild in civil

24  contempt.  As Magistrate Judge Hillman has indicated that he cannot issue such a contempt

25  order, the Guild, Brill, and WDP&T have prepared a separate stipulation, and proposed order for

26  the District Court's signature, holding the Guild in civil contempt (which is filed concurrently

27  herewith).

28

8.      The Guild has indicated that it is willing to take any appropriate measure to expedite the disposition of its appeal in the Ninth Circuit.  WDP&T does not intend to oppose any reasonable attempt by the Guild to expedite its appeal.

9.      The parties all agree that their interest in the orderly and fair resolution of this action, as well as the interests of judicial economy, would be best served by a stay of this action until such time as the Ninth Circuit rules on the Guild's appeal.  As Magistrate Judge Hillman has indicated that he cannot issue such a stay order, the parties to this action (WDP&T and Brill) have prepared this stipulation, which provides the Court with good cause for issuing the requested stay.

10.     The parties also believe that it would be beneficial for this Court to set a status conference in this action, within six to nine months from the date of this stipulation, to discuss the status of the appeal.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

Received 03/13/2000 12:14 in 02:10 from 1 on line [6] * Pg 6/7
03/13/2000  13:19        1                   ODONNELL&SHAEFFER                              PAGE  06
MAR.13.2000  11:58AM  BT ODONNELL AND SHAEFFER LLP                          NO.250  P.6364  D06

1    NOW, THEREFORE, IT IS STIPULATED by and among WDP&T and Brill,

2   through their respective counsel of record, that all proceedings in the above-entitled action are

3   stayed until thirty (30) days after the occurrence of the earlier of the following events:  (a) the

4   Ninth Circuit Court of Appeals issues its final ruling on an appeal by the Guild with respect to

5   the validity of the November 5, 1999 order; or (b) the three documents ordered to be produced

6   under the November 5, 1999 order are produced to WDP&T.

7

8   DATED: March 13 2000                MITCHELL SILBERBERG & KNUPP LLP
                                         WILLIAM L. COLE
9                                        DANIEL M. PETROCELLI
                                         MATT J. RAILO
10

11

12                                      By: _____
                                           Daniel M. Petrocelli
13                                         Attorneys for Defendant
                                           WALT DISNEY PICTURES AND TELEVISION
14

15  DATED: March 13 2000                O'DONNELL & SHAEFFER, LLP
                                         PIERCE O'DONNELL
16                                       BELYNDA RECK
                                         LAURA W. ADELL
17

18                                      By: _____
                                           Laura Adell
19                                         Attorneys for Plaintiff
                                           STEVEN BRILL
20

21

22

23

24

25

26

27

28

0210764.2

1

## CONFIRMING ORDER OF THE COURT

2

3        Good cause having been demonstrated to the satisfaction of the Court, the

4    foregoing Stipulation To Stay Action Pending Appeal is hereby confirmed as an ORDER of the

5    Court.  The Court further sets a status conference in this action on ___9/11___, 2000.

6

7    Dated: _3/20_____, 2000         _Edward Rafeedie_____

8                                     The Honorable Edward Rafeedie
                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the county of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action; my business address is Mitchell, Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

     On March 13, 2000, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING APPEAL** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

Laura Adell, Esq.
O'Donnell & Shaeffer, LLP
633 West Fifth Street, Suite 1700
Los Angeles, California 90071

    ☒    **BY PERSONAL DELIVERY:** I caused personal delivery of the document(s) listed above to the person(s) at the address(es) set forth above.

    Executed on March 13, 2000, at Los Angeles, California.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Matt J. Railo