JUDGMENT
================================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 00-55592
CT/AG#: CV-98-10083-ER

STEVEN BRILL, an individual

    Plaintiff

and

WRITERS GUILD OF AMERICA, WEST, INC.

    Appellant

v.

WALT DISNEY PICTURES AND TELEVISION, a California Corporation

    Defendant - Appellee

-------------------------

STEVEN BRILL

    Amicus

---------------------

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED. Costs Taxed.

Filed and entered  -  12/1/00.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 26 2000
by
Deputy Clerk

NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

DEC 01 2000

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN BRILL, an individual, | No. 00-55592 |
| Plaintiff | D.C. No. CV-98-10083-ER |
| and | |
| WRITERS GUILD OF AMERICA, WEST, INC., | MEMORANDUM[1] |
| Appellant | |
| v. | |
| WALT DISNEY PICTURES AND TELEVISION, a California corporation, | |
| Defendant-Appellee | |

Appeal from the United States District Court
for the Central District of California
Edward Rafeedie, District Judge, Presiding

Argued and Submitted November 16, 2000
Pasadena, California

---

[1] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36-3.

Before: T.G. NELSON, W. FLETCHER, Circuit Judges, and REED,[2] District Judge.

Because we hold that none of the three documents is privileged, we affirm the district court's judgment of contempt. The Guild failed to establish the factual predicates necessary to invoke either the attorney-client privilege or the work product doctrine. For this reason, we need not address the question whether, with respect to the communication between Ms. Reiner and Mr. Brill, *Upjohn Co. v. United States*[3] requires us to find that the attorney-client privilege extends to a union attorney's communications with union members.

Further, because the common interest privilege simply "expands application of the attorney-client privilege or the work-product doctrine to circumstances in which it otherwise might not apply,"[4] we cannot find that the common interest privilege applies where the attorney-client privilege and work product doctrine do

---

[2] The Honorable Edward C. Reed, Jr., Senior United States District Judge for the District of Nevada, sitting by designation.

[3] 449 U.S. 383 (1981).

[4] *Griffith v. Davis*, 161 F.R.D. 687, 691 (C.D. Cal. 1995); Restatement (Third) of the Law Governing Lawyers § 126 (1996) (noting that communications that "otherwise qualif[y] as privileged" will remain so if shared between "two or more clients with a common interest in a litigated or non-litigated matter [who] are represented by separate lawyers and . . . agree to exchange information concerning the matter").

2

not. Even if this did not compel our conclusion, however, we could not arrive at the contrary conclusion on this record. The Guild supplied no evidence that it had agreed to work in tandem with Brill to pursue a joint legal enterprise when the communications at issue transpired.

AFFIRMED.

3

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 26 2000
by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
00-55592 Writers Guild, et al v. Walt Disney Pictures

| | |
|---|---|
| STEVEN BRILL, an individual<br>  Plaintiff | Pierce O'Donnell, Esq.<br>FAX 532-2020<br>(213) 532-2000<br>Suite 1700<br>[COR LD NTC ret]<br>O'DONNELL & SHAEFFER, LLP.<br>633 West Fifth Street<br>Los Angeles, CA 90071<br><br>Belynda B. Reck<br>213/532-2000<br>Suite 1700<br>[COR LD ret]<br>O'DONNELL & SHAEFFER<br>633 West Fifth Street<br>Los Angeles, CA 90071 |
| WRITERS GUILD OF AMERICA, WEST, INC.<br>  Appellant | Anthony R. Segall, Esq.<br>213/681-2511<br>Suite 200<br>[COR LD NTC ret]<br>ROTHNER, SEGALL, BAHAN & GREENSTONE<br>200 E. Del Mar Boulevvard<br>Pasadena, CA 91105<br><br>Julia H. Mass<br>626/796-7555<br>Suite 200<br>[COR LD ret]<br>ROTHNER, SEGALL & GREENSTONE<br>200 E. Del Mar Blvd.<br>Pasadena, CA 91105-2544 |

. v.

| | |
|---|---|
| WALT DISNEY PICTURES AND TELEVISION, a California Corporation<br>  Defendant - Appellee | Matt J. Railo, Esq.<br>310/312-2000<br>[COR LD NTC ret]<br>William L. Cole<br>310/312-2000<br>[COR LD NTC ret]<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Blvd.<br>Los Angeles, CA 90064<br><br>Daniel M. Petrocelli, Esq.<br>FAX 310/246-6779<br>310/553-6700<br>Seventh Floor<br>[COR LD ret]<br>O'MELVENY & MYERS, LLP<br>1999 Avenue Of The Stars |

INTERNAL USE ONLY: Proceedings include all events.
00-55592 Writers Guild, et al v. Walt Disney Pictures

                       Los Angeles, CA 90067-6035

---------------------------

| | |
|---|---|
| STEVEN BRILL<br>    Amicus | Belynda B. Reck<br>213/532-2000<br>Suite 1700<br>[COR LD NTC ret]<br>O'DONNELL & SHAEFFER<br>633 West Fifth Street<br>Los Angeles, CA 90071 |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## BILL OF COSTS

**COPY**

For Official Use Only

**FILED**
DEC 15 2000
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within **14 days of the date of entry of judgment**, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. 1920, and Circuit Rule 39-1 when preparing your bill of costs.

WRITERS GUILD v. WALT DISNEY PICTURES & TELEVISION CA No. 00-55592

The Clerk is requested to tax the following costs against: WRITERS GUILD OF AMERICA, WEST, INC.

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed | | | ALLOWED To be completed by the clerk | | | |
|---|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for page | Total Cost |
| Excerpt of Record | 7 | 81 | 0.08 | 45.36 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 66 | 0.08 | 105.60 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other Amicus Brief | | | | | | | | |
| Other Response To Amicus Brief | 20 | 5 | 0.08 | 8.00 | | | | |
| | | | TOTAL: $ | 158.96 | | | TOTAL: $ | |

* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.
** Costs per page may not exceed 20¢ or actual cost, whichever is less. Circuit Rule 39-1.

Other. Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys Fees cannot be requested on this form.

I, Matt J. Railo, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: _____

Name of Counsel (printed or typed) Matt J. Railo

Date: 12/26/00

Date: December 14, 2000
Attorney for: Walt Disney Pictures and Television

Costs are taxed in the amount of $ 158.96

Clerk of Court

By: _____, Deputy Clerk

wpdocs/forms/bill REV. 11/95

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell, Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On December 14, 2000, I served the foregoing document(s) described as **BILL OF COSTS** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

| | |
|---|---|
| Laura Adell, Esq. | Anthony R. Segall, Esq. |
| O'Donnell & Shaeffer, LLP | Rothner, Segall & Greenstone |
| 633 West Fifth Street, Suite 1700 | 200 East Del Mar Boulevard, Suite 200 |
| Los Angeles, California 90071 | Pasadena, California 92205-2544 |

☐ **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ **BY OVERNIGHT MAIL:** I deposited the above-described document(s) with <u>Federal Express</u> in the ordinary course of business, by depositing the document(s) in a box regularly maintained by <u>Mitchell Silberberg & Knupp, LLP</u> or delivering the document(s) to an authorized driver for the carrier, in an envelope designated by the carrier with delivery fees provided for, addressed as shown above.

☐ **BY PLACING FOR COLLECTION AND MAILING:** I sealed and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, California in the ordinary course of business.

Executed on December 14, 2000, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Janette A. Hemphill

Mitchell Silberberg &
Knupp LLP