UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - APPEALS

Case No. CV 98-10083-ER:     DATE: January 25, 2001
USCCA Case No. 00-55592
Title:    Steven Brill -v- Writers Guild of America, West, Inc.
==========================================================================
PRESENT: THE HONORABLE EDWARD RAFEEDIE, SENIOR JUDGE

    Judy Matthews                        Mary Tucker
    Courtroom Deputy                 Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                          None Present

**PROCEEDINGS: FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEAL**

**PROCEEDINGS:** FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS
    ☐ IN COURT          ☐ IN CHAMBERS         ☐ COUNSEL NOTIFIED
                            (No hearing necessary)

THE COURT ORDERS that the mandate of the Ninth Circuit of Appeals:

    X Affirming         ☐ Remanding         ☐ Reversing and Remanding

    ☐ Affirming in part, reversing in part     ☐ Dismissing Appeal

    ☐ The record reflects that costs of the prevailing party were taxed by Ninth Circuit
       Court of Appeals in the amount of:

    $ _____ on_____
    ☐ Other _____

is hereby filed and spread upon the minutes of this U.S. District Court.

    ☐ MAKE JS-5

           ✓ Docketed
           ✓ Copies / NTC Sent
           — JS - 5 / JS - 6
           ✓ JS - 2 / JS - 3
           ✓ CLSD

MINUTES FORM 48 (2/99)     **CIVIL MINUTES - APPEALS**     Initials of Deputy Clerk ____
CIVIL -- GEN