Priority  Send ✓  Enter ___  Closed ___  JS-5/JS-6 ✓  JS-2/JS-3 ___  Scan Only ___

**FILED**
CLERK, U.S. DISTRICT COURT
MAR 14 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CV 98-10083-ER(SHx) |
| Steven Brill | ORDER OF DISMISSAL UPON |
| V. | SETTLEMENT OF CASE |
| Walt Disney Pictures & Television | |

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 15 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The Court having been advised by the Counsel for the parties that the above-entitled action has been settled:

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

Dated: MAR 14 2001

_____
EDWARD RAFEEDIE
United States District Judge

Docketed ___
Copies / NTC Sent ___
JS - 5 / JS - 6 ___
JS - 2 / JS - 3 ___
CLSD ___

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

MAR 15 2001